United States District Court
Southern District of Texas
**ENTERED**
May 12, 2017
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Claudia Castillo Cordova, et al. <br> Plaintiff, | § § § § | |
| v. | § | Civil Action 4:17–cv–00523 |
| | § § | |
| Duncan Burch, Inc, et al. <br> Defendant. | § § | |

## ORDER OF DISMISSAL

Counsel for the parties have advised the court that an amicable settlement has been reached in this action. This case is dismissed on the merits, without prejudice to the right of counsel to move for reinstatement within 60 days on presentation of adequate proof that the settlement could not be consummated. All motions currently pending are denied without prejudice. Any movant seeking to resubmit or reurge those motions must do so within 14 days from the date any motion for reinstatement is filed.

The court appreciates the prompt notification of settlement.

Signed on May 12, 2017, at Houston, Texas.

_____
Lee H. Rosenthal
Chief United States District Judge